IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES DEPARTMENT OF ) HOMELAND SECURITY, ) ) Defendant. ) _____ ) | Case No.: 1:11-cv-02261 (JDB) **Judge John D. Bates** |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jean-Michel Voltaire of the United States Department of Justice, Civil Division, respectfully enters his appearance as counsel of record for Defendant United States Department of Homeland Security.   Mr. Voltaire is replacing Kenneth Elliot Sealls. All future correspondence and other communications regarding this case should be directed to Mr. Voltaire at the following address:

    Jean-Michel Voltaire
    U.S. Department of Justice, Civil Division
    Federal Programs Branch
    20 Massachusetts Ave., N.W., Rm 6116
    Washington, D.C.   20530
    Telephone: (202) 616-8211
    Facsimile: (202) 616-8460

Dated: March 2, 2012

Respectfully submitted,

TONY WEST
Assistant Attorney General
Civil Division

JOHN R. TYLER
Assistant Branch Director
Federal Programs Branch

_____/s/_____
JEAN-MICHEL VOLTAIRE (NY Bar)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel.: 202-616-8211
Fax: 202-616-8460

Attorneys for Defendant