UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ELECTRONIC PRIVACY INFORMATION CENTER,**

    **Plaintiff,**

    **v.**

**U.S. DEPARTMENT OF HOMELAND SECURITY,**

    **Defendant.**

Civil Action No. 11-2261 (JDB)

## ORDER

Upon consideration of the parties' Joint Status Report and Proposed Schedule, it is hereby **ORDERED** that the schedule in this matter shall be entered as follows:

1. On June 1, 2012, defendant shall file a status report with the Court indicating when it will be able to complete its production of documents.

2. Defendant's motion for summary judgment shall be filed no later than June 15, 2012.

3. Plaintiff's opposition and cross-motion for summary judgment shall be filed within 30 days of defendant's motion for summary judgment.

4. Defendant's reply and opposition shall be filed within 14 days of plaintiff's opposition and cross-motion.

5. Plaintiff's reply shall be filed within 14 days of defendant's reply and opposition.

    **SO ORDERED.**

/s/
John D. Bates
United States District Judge

Dated: March 26, 2012