**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
ELECTRONIC PRIVACY INFORMATION )
CENTER, )
  )
      Plaintiff, )
  )
          v. )    Civil Action No. 1:11-cv-02261-JDB
  )
  )
THE UNITED STATES DEPARTMENT OF )
HOMELAND SECURITY, )
  )
      Defendant. )
_____)

## JOINT MOTION TO MODIFY THE BRIEFING SCHEDULE

Defendant the United States Department of Homeland Security ("DHS") and Plaintiff Electronic Privacy Information Center ("EPIC"), through their undersigned counsel, respectfully request a modification of the briefing schedule in this Freedom of Information Act case. The government's motion for summary judgment is currently due on June 15, 2012, pursuant to the Court's Order of March 26, 2012. The parties seek an additional six weeks, up to and including July 31, 2012, for the government to file its motion for summary judgment, and for the remainder of the briefing schedule to be modified as reflected herein. The additional time requested is necessary to allow the government to conclude its search for and processing of records responsive to Plaintiff's FOIA request, and to allow the parties an opportunity to discuss between themselves how possibly to resolve or limit the issues before the Court.

1. On December 20, 2011, Plaintiff filed its Complaint seeking information under the FOIA, 5 U.S.C. § 552, as amended. On February 17, 2012, Defendant answered the Complaint.

2. On February 27, 2012, the Court ordered the parties to submit a joint briefing schedule, which was filed on March 21, 2012.

3. On March 26, 2012, the Court ordered the followings:

    (a) On June 1, 2012, Defendant shall file a status report with the Court indicating when it will be able to complete its production of documents.

    (b) Defendant's motion for summary judgment shall be filed no later than June 15, 2012.

    (c) Plaintiff's opposition and cross-motion for summary judgment shall be filed within 30 days of defendant's motion for summary judgment.

    (d) Defendant's reply and opposition shall be filed within 14 days of plaintiff's opposition and cross-motion.

    (e) Plaintiff's reply shall be filed within 14 days of defendant's reply and opposition.

4. In the Status Report that is being filed concurrently with this motion, Defendant indicates that 5 out of the 6 components which were tasked with searching for and producing documents responsive to Plaintiff's FOIA request have completed this process. Defendant anticipates that the sixth component, the United States Secret Service, can complete this process by no later than July 2, 2012.

5. To accommodate the government's production schedule and to give the parties sufficient opportunity possibly to limit or resolve the issues before the Court, the parties request the briefing scheduled be modified as follows:

| | |
|---|---|
| Defendant's Motion for Summary Judgment: | No later than July 31, 2012 |
| Plaintiff's Opposition and Cross-Motion: | Within 30 days of Defendant's Motion for Summary Judgment |

| | |
|---|---|
| Defendant's Reply and Opposition: | Within 15 days of Plaintiff's Opposition and Cross-Motion |
| Plaintiff's Reply: | Within 15 days of Defendant's Reply and Opposition. |

6. Consequently, the parties respectfully request that the Court adopts the attached proposed order modifying the existing briefing schedule.

Date:  June 1, 2012

                Respectfully submitted,

                STUART F. DELERY
                Acting Assistant Attorney General
                Civil Division

                JOHN R. TYLER
                Assistant Branch Director
                Federal Programs Branch

                /s/ Jean-Michel Voltaire
                JEAN-MICHEL VOLTAIRE (NY Bar)
                Trial Attorney
                U.S. Department of Justice
                Civil Division, Federal Programs Branch
                20 Massachusetts Avenue, NW
                Washington, DC 20530
                Tel.: 202-616-8211
                Fax: 202-616-8460


                Attorneys for Defendant

/s/ Ginger P. McCall
Ginger P. McCall, Esq. (DC Bar #1001104)
Marc Rotenberg, Esq. (DC Bar # 422825)
ELECTRONIC PRIVACY INFORMATION CENTER
1718 Connecticut Avenue, N.W., Suite 200
Washington, D.C. 20009
Tel.: (202) 483-1140
Fax:  (202) 483-1248
Email: mccall@epic.org

Attorneys for Plaintiff