**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER,**<br><br>    **Plaintiff,**<br><br>          v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY,**<br><br>    **Defendant.** | **Civil Action No.  11-2261 (JDB)** |

## ORDER

Upon consideration of [9] the parties' Joint Motion to Modify the Briefing Schedule and Proposed Schedule, it is hereby **ORDERED** that the schedule in this matter shall be entered as follows:

   1.  Defendant's motion for summary judgment shall be filed no later than July 31, 2012.

   2.  Plaintiff's opposition and cross-motion for summary judgment shall be filed within 30 days of defendant's motion for summary judgment.

   3.  Defendant's reply and opposition shall be filed within 15 days of plaintiff's opposition and cross-motion.

   4.  Plaintiff's reply shall be filed within 15 days of defendant's reply and opposition.

   **SO ORDERED.**

/s/
John D. Bates
United States District Judge

Dated: June 5, 2012