# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                              )

ELECTRONIC PRIVACY INFORMATION    )
CENTER,                            )
        Plaintiff,                 )
                              )
        v.                     ) C.A. No: <u>1:11-cv-02261-JDB</u>
                              )
THE UNITED STATES DEPARTMENT OF   )
HOMELAND SECURITY,            )
        Defendant.               )
_____)

## MOTION TO MODIFY THE BRIEFING SCHEDULE

Plaintiff Electronic Privacy Information Center ("EPIC") respectfully requests a modification of the briefing schedule in this Freedom of Information Act case. Plaintiff EPIC's Opposition and Cross Motion for Summary Judgment is due on August 30, 2012, pursuant to the Court's Order granting a modified briefing schedule on June 5, 2012. EPIC seeks an additional three weeks, up to and including September 21, 2012, to file its opposition and cross motion for summary judgment, and for the remainder of the briefing schedule to be modified as reflected herein. The additional time requested is necessary due to the unexpected hospitalization of EPIC's lead counsel in this matter.

1.      On December 20, 2011, EPIC filed its Complaint seeking information under the FOIA, 5 U.S.C. § 552. Defendant DHS filed its Answer on February 17, 2012.

2.      On February 27, 2012, the Court ordered parties to submit a joint briefing schedule, which was filed on March 21, 2012 and modified on June 5, 2012.

3.      On June 5, 2012, the Court ordered the following:

(a).    Defendant's motion for summary judgment shall be filed no later than July 31, 2012.

(b).    Plaintiff's opposition and cross-motion for summary judgment shall be filed within 30 days of defendant's motion for summary judgment.

(c).    Defendant's reply and opposition shall be filed within 15 days of plaintiff's opposition and cross-motion.

(d).    Plaintiff's reply shall be filed within 15 days of defendant's reply and opposition.

4.      EPIC's lead counsel in this matter was hospitalized unexpectedly twice during the past three weeks.

5.      EPIC attempted to contact counsel for Defendant DHS by phone and by email on August 27, 2012 and again on August 28th, and provided a draft Joint Motion to Modify the Briefing Schedule, but counsel responded to neither the voice messages nor the emails.

6.      To accommodate EPIC counsel's unexpected health complications,

EPIC requests the briefing schedule be modified as follows:

Plaintiff's Opposition and Cross-Motion:          September 21, 2012

Defendant's Reply and Opposition:                 Within 15 days of Plaintiff's
                                                  Opposition and Cross Motion

Plaintiff's Reply:                                Within 15 days of Defendant's
                                                  Reply and Opposition

EPIC respectfully requests that the Court adopts the attached proposed order

modifying the existing briefing schedule.

Date:  August 28, 2012

                              Respectfully submitted,

                     By:    /s/ Marc Rotenberg
                            Marc Rotenberg (DC Bar # 422825)
                            Ginger P. McCall (DC Bar #1001104)
                            ELECTRONIC PRIVACY
                            INFORMATION CENTER
                            1718 Connecticut Avenue, N.W.
                            Suite 200
                            Washington, D.C. 20009
                            (202) 483-1140 (telephone)
                            (202) 483-1248 (facsimile)

                            *Attorneys for Plaintiff*