UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER,**<br><br>    **Plaintiff,**<br><br>          v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY,**<br><br>    **Defendant.** | Civil Action No. 11-2261 (JDB) |

## ORDER

Upon consideration of [14] Plaintiff's Motion to Modify the Briefing Schedule, it is hereby **ORDERED** that the schedule in this matter shall be entered as follows:

1. Plaintiff's opposition and cross-motion for summary judgment shall be filed no later than September 21, 2012.

2. Defendant's reply and opposition shall be filed within 15 days of plaintiff's opposition and cross-motion.

3. Plaintiff's reply shall be filed within 15 days of defendant's reply and opposition.

**SO ORDERED.**

/s/
John D. Bates
United States District Judge

Dated: August 31, 2012