IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER | ) ) ) ) |
| Plaintiff, | ) |
| v. | ) Civ. Action No. 1:11-cv-02261(JDB) |
|  | ) |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY | ) ) ) |
| Defendant. | ) ) ) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, CROSS MOTION FOR SUMMARY JUDGMENT, AND REQUEST FOR ORAL HEARING**

Plaintiff the Electronic Privacy Information Center opposes Defendant's August 22, 2011 Motion for Summary Judgment and cross-moves for summary judgment.

Plaintiff's Statement of Genuine Issues regarding Defendant's Statement of Material Facts, Plaintiff's Statement of Material Facts not in Genuine Dispute, a Memorandum of Points and Authorities, two exhibits, and a Proposed Order are filed herewith.

Plaintiff requests an oral hearing on the parties' cross motions. LCvR 7(f).

                                                    Respectfully submitted,
                                                    _____*/s/ Ginger P. McCall*_____
                                                    GINGER P. MCCALL (DC Bar # 1001104)
                                                    MARC ROTENBERG (DC Bar # 422825)
                                                    Electronic Privacy Information Center
                                                    1718 Connecticut Ave. NW, Suite 200
                                                    Washington, DC 20009
                                                    (202) 483-1140
                                                    *Counsel for Plaintiff*

Dated: September 21, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of September, 2012, I served the foregoing PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, CROSS-MOTION FOR SUMMARY JUDGMENT, AND REQUEST FOR ORAL HEARING, including all exhibits and attachments, by electronic case filing upon:

Jean-Michel Voltaire
Assistant United States Attorney
U.S. Department of Justice

                                                      Respectfully submitted,
                                                     _____*/s/ Ginger P. McCall*_____
                                                     GINGER P. MCCALL (DC Bar # 1001104)
                                                     MARC ROTENBERG (DC Bar # 422825)
                                                     Electronic Privacy Information Center
                                                     1718 Connecticut Ave. NW, Suite 200
                                                     Washington, DC 20009
                                                     (202) 483-1140
                                                     *Counsel for Plaintiff*

Dated: September 21, 2012