# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | ) ) ) ) ) ) ) Civ. Action No. 1:11-cv-02261 (JDB) ) ) ) ) ) ) |

**PLAINTIFF'S STATEMENT OF GENUINE ISSUES IN OPPOSITION TO DEFENDANT'S STATEMENT OF MATERIAL FACTS**

In accordance with LCvR 7(h), Plaintiff the Electronic Privacy Information Center ("EPIC") submits this statement of genuine issues in opposition to Defendant's statement of material facts.

1. The DHS failed to note a third interim document production, dated May 31, 2012. The cover letter for this document is attached as Exhibit 1.

2. The agency claimed that it responded to EPIC via letter. In fact, it responded to EPIC via email. Defendant's Alleged Fact:

> 2. By letter dated April 28, 2011, DHS Privacy Office acknowledged receipt of EPIC's FOIA request and denied EPIC's requests for expedited processing and for status of a representative of the news media.

**3.** The agency claims that documents were produced on February 6, 2012. They were, in fact, produced on February 15, 2012, as the agency's own letter, in Exhibit 2, indicates. Defendant's Alleged Fact:

6. On February 6, 2012, DHS produced its second interim response consisting of 39 pages, of which 24 pages were released in full and 15 pages were released with minor redactions pursuant to FOIA exemptions 6, 7(C), and 7(E).

        Respectfully submitted,
        _____/s/ Ginger P. McCall_____
        GINGER P. MCCALL (DC Bar # 1001104)
        MARC ROTENBERG (DC Bar # 422825)
        Electronic Privacy Information Center
        1718 Connecticut Ave. NW
        Suite 200
        Washington, DC 20009
        (202) 483-1140
        *Counsel for Plaintiff*

Dated: September 21, 2012.