**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Civ. Action No. 1:11-cv-02261(JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE**

In accordance with LCvR 7(h), Plaintiff the Electronic Privacy Information Center ("EPIC") submits this statement of material facts not in genuine dispute in support of its cross motion for summary judgment.

1. On April 12, 2011, EPIC sent, via certified mail, a written Freedom of Information Act request (hereinafter "EPIC's FOIA Request") to the Department of Homeland Security ("DHS") for the following agency records:

    1. all contracts, proposals, and communications between the federal government and third parties, including, but not limited to, H.B. Gary Federal, Palantir Technologies, and/or Berico Technologies, and/or parent or subsidiary companies, that include provisions concerning the capability of social media monitoring technology to capture, store, aggregate, analyze, and/or match personally-identifiable information;

    2. all contracts, proposals, and communications between the federal government and third parties, including, but not limited to, H.B. Gary Federal, Palantir Technologies, and/or Berico Technologies, and/or parent or subsidiary companies, that include provisions concerning the capability of social media monitoring technology to capture, store, aggregate, analyze, and/or match personally-identifiable information;

- 1 -

    3.    all documents used by DHS for internal training of staff and personnel regarding social media monitoring, including any correspondence and communications between DHS, internal staff and personnel, and/or privacy officers, regarding the receipt, use, and/or implementation of training and evaluation of documents;

    4.    all documents detailing the technical specifications of social media monitoring software and analytic tools, including any security measures to protect records of collected information and analysis; and

    5.    all documents concerning data breaches of records generated by social media monitoring technology.

Compl.,¶ 20; Ferrell Decl. ¶ 6; Def. Motion for Summ. Judg.

2. The DHS failed to make a timely determination concerning EPIC's FOIA Request and failed to disclose any records within the FOIA's deadline. Def. Motion for Summ. Judg. at 2-3, 6.

3. In an email dated April 28, 2011, the DHS denied EPIC's request for expedited processing and news media fee status, and failed to make a substantive determination regarding EPIC's FOIA Request. Compl.,¶ 23; Def. Motion for Summ. Judg. at 2; Holzer Decl. ¶ 10.

4. EPIC appealed the agency's determinations regarding expedited processing and news media fee status in EPIC's Appeal, filed on May 18, 2011. Compl.,¶ 28-30.

5. The DHS failed to reply to EPIC's Appeal within the statutory deadlines of the FOIA. Compl.,¶ 31-33.

6. EPIC filed suit against the DHS on December 20, 2011. ECF No. 1; Compl.

7. Subsequent to the filing of this lawsuit, the agency provided documents to EPIC on January 10, 2012. Def. Motion for Summ. Judg. at 2; Holzer Decl. ¶ 15.

8. The agency disclosed additional documents in February 2012. Exhibit 2; Def. Motion for Summ. Judg. at 2-3.

9. The agency made a final document disclosure on July 9, 2012. Def. Motion for Summ. Judg. at 6.

10. On August 2, 2012, along with its Motion for Summary Judgment, the DHS submitted two Vaughn Indexes. ECF No. 13.

11. The DHS is withholding 173 pages of documents in part and 286 documents in full. Def. Motion for Summ. Judg. at 2-3, 6.

        Respectfully submitted,
        _____/s/ *Ginger P. McCall*_____
        GINGER P. MCCALL (DC Bar # 1001104)
        MARC ROTENBERG (DC Bar # 422825)
        Electronic Privacy Information Center
        1718 Connecticut Ave. NW
        Suite 200
        Washington, DC 20009
        (202) 483-1140
        *Counsel for Plaintiff*

Dated: September 21, 2012.