

U.S. Department of Justice

Civil Division

Washington, DC 20530

May 31, 2012

Ginger McCall, Esq.
Marc Rotenberg, Esq.
John Verdi, Esq.
Electronic Privacy Information Center (EPIC)
1718 Connecticut Ave NW
Suite 200
Washington, DC 20009

Re: **EPIC v. DHS**
Civil Action #: 11-cv-02261 (JDB)

Dear Ms. McCall:

This is the third interim response to your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), dated April 12, 2011. Enclosed please find 213 pages of responsive documents, of which 56 pages are litigation materials relating to a relevant FOIA request made by the Electronic Frontier Foundation. These documents are from the United States Secret Service.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Jean-Michel Voltaire
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel.: 202-616-8211
Fax: 202-616-8460
Email: jean.michel.voltaire@usdoj.gov

Enclosure(s):

cc: Donna Lewis
    DHS Attorney Advisor