**U.S. Department of Justice**

Civil Division

_Washington, DC 20530_

February 15, 2012

Ginger McCall, Esq.
Marc Rotenberg, Esq.
John Verdi, Esq.
Electronic Privacy Information Center (EPIC)
1718 Connecticut Ave NW
Suite 200
Washington, DC 20009

Re:  **EPIC v. DHS**
**Civil Action #: 11-cv-02261 (JDB)**

Dear Mr. McCall:

This is the second interim response to your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), dated April 12, 2011.  Enclosed please find a 39-page document titled "Analyst's Desktop Binder" with minor redactions pursuant to Title 5 U.S.C. § 552 (b)(6), (b)(7))(C), and(b)(7)(E), and FOIA Exemptions 6, (b)(7)(C) and b7(E).

If you have any questions, please do not hesitate to contact me.

Sincerely,

Jean-Michel Voltaire
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel.: 202-616-8211
Fax: 202-616-8460
Email: jean.michel.voltaire@usdoj.gov

Enclosure(s):

cc:  Alison McCormick
        DHS Attorney Advisor