UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
ELECTRONIC PRIVACY INFORMATION     )
CENTER,                            )
                                   )
    Plaintiff,                     )
                                   )
        v.                         )  Civil Action No. 1:11-cv-02261-JDB
                                   )
                                   )
THE UNITED STATES DEPARTMENT OF    )
HOMELAND SECURITY,                 )
                                   )
    Defendant.                     )
_____)

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
TO FILE ITS REPLY AND OPPOSITION TO PLAINTIFF'S CROSS-MOTION
FOR SUMMARY JUDGMENT**

    Defendant the United States Department of Homeland Security ("DHS"), through undersigned counsel, respectfully requests a modification of the briefing schedule in this Freedom of Information Act ("FOIA") case.  Defendant's Reply and Opposition to Plaintiff's Cross Motion for Summary Judgment is due on October 5, 2012, pursuant to the Court's Order on August 31, 2012, granting Plaintiff's motion to modify the briefing schedule.  DHS seeks an additional three weeks, until October 26, 2012, to file its reply and opposition.

    On October 1, 2012, the undersigned counsel contacted Plaintiff's counsel, Ginger P. McCall, to inform her that Defendant was filing this motion.  She indicated that she opposes this extension request.

    The request for an extension of time is supported by good cause.  The additional time requested is necessary, so that Defendant could fully address the attorney fee issue that Plaintiff raised for the first time in its Cross-Motion and conduct another review of the withheld

documents and revise its Vaughn Index, if necessary, to satisfy Plaintiff's concerns about segregability and inadequacy of document descriptions.

    1. On December 20, 2011, Plaintiff filed its Complaint seeking information under the FOIA, 5 U.S.C. § 552, as amended.  On February 17, 2012, Defendant answered the Complaint.

    2.  On February 27, 2012, the Court ordered the parties to file a joint briefing schedule, which was filed on March 21, 2012.

    3. On August 31, 2012, the Court granted Plaintiff's unopposed Motion to Modify the Briefing Schedule and ordered the following:

    (a)    Plaintiff's opposition and cross-motion for summary judgment shall be filed no later than September 21, 2012.

    (b)    Defendant's reply and opposition shall be filed within 15 days of plaintiff's opposition and cross-motion.

    (c)    Plaintiff's reply shall be filed within 15 days of defendant's reply and opposition.

    4.  On September 21, 2012, Plaintiff filed an Opposition to Defendant's Motion for Summary Judgment and a Cross-Motion for Summary Judgment in which it requested attorney fees.

    5.  Although Defendant believes the attorney fee issue to be premature, it is required to address it in its opposition.

    6.  Plaintiff also challenged the adequacy of the document descriptions in the Vaughn Index and requested that DHS conduct a segregability analysis of certain documents.  These challenges are unsubstantiated because most of these documents were partially released with minor redactions of the identities of law enforcement personnel and companies' trade secret information.  Nevertheless, to address Plaintiff's concerns, Defendant has decided to conduct an additional review of these documents and will revise the Vaughn Index, if necessary.

7. Plaintiff's counsel, upon being informed of this motion, indicated that she opposes the three weeks extension. Plaintiff, however, will suffer no prejudice by this extension of time, which will only cause a short delay in the briefing schedule while Plaintiff will possibly benefit from an updated Vaughn Index or obtain additional documents.

8. Consequently, Defendant respectfully requests that the Court grants its motion for an extension of time, until October 26, 2012, to file its Reply and Opposition to Plaintiff's Cross-Motion and adopts the attached proposed order modifying the existing briefing schedule.

Date:  October 2, 2012

                Respectfully submitted,

                STUART F. DELERY
                Assistant Attorney General
                Civil Division

                JOHN R. TYLER
                Assistant Branch Director
                Federal Programs Branch

                <u>/s/ Jean-Michel Voltaire</u>
                JEAN-MICHEL VOLTAIRE (NY Bar)
                Trial Attorney
                U.S. Department of Justice
                Civil Division, Federal Programs Branch
                20 Massachusetts Avenue, NW
                Washington, DC 20530
                Tel.: 202-616-8211
                Fax: 202-616-8460