UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY INFORMATION
CENTER,

    Plaintiff,

    v.

U.S. DEPARTMENT OF HOMELAND
SECURITY,

    Defendant.

Civil Action No. 11-2261 (JDB)

## ORDER

Upon consideration of [12] [16] the parties' cross motions for summary judgment, their several memoranda, and the entire record herein, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that [12] DHS's motion is **GRANTED IN PART** (as to the segregability of U.S. Secret Service Document 10) **and DENIED IN PART** (as to the segregability of U.S. Secret Service Documents 4, 5, 6, 12, 13, and 16); it is further

**ORDERED** that [16] EPIC's motion is **GRANTED IN PART** (as to the segregability of Documents 4, 5, 6, 12, 13, and 16) **and DENIED IN PART** (as to the segregability of Document 10); it is further

**ORDERED** that DHS shall disclose all reasonably segregable, nonexempt portions of Documents 4, 5, 6, 12, 13, and 16 by not later than April 3, 2013; it is further

**ORDERED** that EPIC's request for attorney's fees and costs is **DENIED** at this time; it is

further

**ORDERED** that, pursuant to Local Civil Rule 54.2(a), the parties shall confer and attempt to reach an agreement on fee issues; and it is further

**ORDERED** that the time for filing a motion for attorney's fees and costs under Federal Rule of Civil Procedure 54(d)(2)(B) is extended until April 10, 2013.

**SO ORDERED**.

/s/
John D. Bates
United States District Judge

Dated: March 4, 2013