**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY )<br>INFORMATION CENTER )<br>  )<br>  Plaintiff, )<br>  v. )<br>  )<br>UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY )<br>  )<br>  Defendant. )<br>  ) | No. 1:11-02261 (JDB) |

## BILL OF LITIGATION FEES AND COSTS

Costs:
Filing Fee, EPIC v. DHS (Filed November 9, 2009):      $350.00

Fees:
Litigation Fees, Marc Rotenberg:
    $505 (Laffey) x 12.75 hours      $6,438.75
    $495 (Laffey) x 00.40 hours      $198.00

Litigation Fees, Ginger McCall:
    $240 (Laffey) x 17.50 hours      $4,200.00
    $245 (Laffey) x 40.20 hours      $9,849.00

Litigation Fees, Julia Horwitz:
    $245 (Laffey) x 14.00 hours      $3,430.00

Litigation Fees, Jeramie Scott:
    $245 (Laffey) x 13.00 hours      $3,185.00

Litigation Fees, David Brody:
    $245 (Laffey) x 10.40 hours      $2,548.00

Litigation Fees, Alan Butler:
    $245 (Laffey) x 0.50 hours      $122.50

Litigation Fees, Amie Stepanovich:
    $245 (Laffey) x 1.10 hours      $269.50

Total:      $30,590.75