# Case Billing Record

## Electronic Privacy Information Center

1718 Connecticut Ave., NW
Suite 200
Washington, DC 20009

| Case |
|---|
| 11-02261 - EPIC v. Dept. of Homeland Sec. |

| Date |
|---|
| 04/10/13 |

| Date | Attorney Name | Description | Hour(s) | Rate | Amount |
|---|---|---|---|---|---|
| 12/16/11 | Ginger McCall | Research and draft complaint | 1.3 | 240.00 | 312.00 |
| 12/19/11 | Ginger McCall | Draft and revise complaint | 2.2 | 240.00 | 528.00 |
| 12/20/11 | Ginger McCall | Revise complaint | 1.5 | 240.00 | 360.00 |
| 12/20/11 | Ginger McCall | Prepare filing documents | 2.3 | 240.00 | 552.00 |
| 12/20/11 | Ginger McCall | File | 1.2 | 240.00 | 288.00 |
| 01/12/12 | Ginger McCall | Review Documents Received from Agency | 2.5 | 240.00 | 600.00 |
| 02/16/12 | Ginger McCall | Review Documents Received from Agency | 1.8 | 240.00 | 432.00 |
| 02/16/12 | Ginger McCall | Contact Agency re: Missing Pages in Documents | 0.1 | 240.00 | 24.00 |
| 02/17/12 | Ginger McCall | Contact Agency re: Missing Pages in Documents | 0.1 | 240.00 | 24.00 |
| 02/21/12 | Ginger McCall | Contact Agency re: Missing Pages in Documents | 0.2 | 240.00 | 48.00 |
| 03/21/12 | Ginger McCall | Attempt to Contact Opposing Counsel re: Scheduling | 0.1 | 240.00 | 24.00 |
| 03/21/12 | Ginger McCall | Attempt to Contact Opposing Counsel re: Scheduling | 0.1 | 240.00 | 24.00 |
| 03/21/12 | Ginger McCall | Call with Opposing Counsel re: Scheduling | 0.2 | 240.00 | 48.00 |
| 03/21/12 | Ginger McCall | Call with Opposing Counsel re: Scheduling | 0.2 | 240.00 | 48.00 |
| 03/21/12 | Ginger McCall | Discussion with Opposing Counsel re: Scheduling | 0.2 | 240.00 | 48.00 |

Total

# Case Billing Record

## Electronic Privacy Information Center

1718 Connecticut Ave., NW
Suite 200
Washington, DC 20009

**Case**
**11-02261 - EPIC v. Dept. of Homeland Sec.**

**Date**
**04/10/13**

| Date | Attorney Name | Description | Hour(s) | Rate | Amount |
|---|---|---|---|---|---|
| 03/21/12 | Ginger McCall | Discussion with Opposing Counsel re: Scheduling | 0.2 | 240.00 | 48.00 |
| 03/21/12 | Ginger McCall | Draft Scheduling Proposal / Order | 1.2 | 240.00 | 288.00 |
| 03/21/12 | Ginger McCall | Finalize, File Scheduling Proposal / Proposed Order | 0.7 | 240.00 | 168.00 |
| 03/21/12 | Ginger McCall | Revise Scheduling Proposal / Proposed Order | 0.3 | 240.00 | 72.00 |
| 03/21/12 | Ginger McCall | Revise Scheduling Proposal / Proposed Order | 0.5 | 240.00 | 120.00 |
| 03/26/12 | Ginger McCall | Review Scheduling Order | 0.2 | 240.00 | 48.00 |
| 03/26/12 | Marc Rotenberg | Review briefing schedule order | 0.2 | 495.00 | 99.00 |
| 05/31/12 | Ginger McCall | discuss motion with opposing counsel | 0.2 | 240.00 | 48.00 |
| 05/31/12 | Marc Rotenberg | discussion | 0.2 | 495.00 | 99.00 |
| 05/31/12 | Ginger McCall | meeting with M. Rotenberg to discuss opposing counsel's scheduling proposal | 0.2 | 240.00 | 48.00 |
| 06/01/12 | Ginger McCall | meeting with M. Rotenberg to discuss opposing counsel's scheduling proposal | 0.1 | 245.00 | 24.50 |
| 06/01/12 | Ginger McCall | review proposed status report motion, revise | 0.5 | 245.00 | 122.50 |
| 06/01/12 | Ginger McCall | email communication with opposing counsel re: motion | 0.1 | 245.00 | 24.50 |

**Total**

# Case Billing Record

## Electronic Privacy Information Center

1718 Connecticut Ave., NW
Suite 200
Washington, DC 20009

| Case |
|---|
| 11-02261 - EPIC v. Dept. of Homeland Sec. |

| Date |
|---|
| 04/10/13 |

| Date | Attorney Name | Description | Hour(s) | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/12 | Ginger McCall | review agency documents delivered via fed-ex | 1.1 | 245.00 | 269.50 |
| 06/01/12 | Marc Rotenberg | discuss and revise schedule | 0.25 | 505.00 | 126.25 |
| 06/01/12 | Marc Rotenberg | review status report | 0.2 | 505.00 | 101.00 |
| 06/01/12 | Marc Rotenberg | Conference with GM on scheduling proposal | 0.1 | 505.00 | 50.50 |
| 07/09/12 | Ginger McCall | Review agency's final response | 2.1 | 245.00 | 514.50 |
| 07/20/12 | Ginger McCall | Email opposing counsel | 0.1 | 245.00 | 24.50 |
| 07/23/12 | Ginger McCall | Phone call with opposing counsel | 0.2 | 245.00 | 49.00 |
| 07/23/12 | Ginger McCall | Meeting with M. Rotenberg to discuss opposing counsel's scheduling proposal | 0.2 | 245.00 | 49.00 |
| 07/23/12 | Ginger McCall | Phone call with opposing counsel | 0.2 | 245.00 | 49.00 |
| 07/23/12 | Marc Rotenberg | Conference with GM on scheduling proposal | 0.2 | 505.00 | 101.00 |
| 08/01/12 | Ginger McCall | Review Agency's filing (SJ motion) | 1.2 | 245.00 | 294.00 |
| 08/01/12 | Marc Rotenberg | Review corrected docket entry | 0.1 | 505.00 | 50.50 |
| 08/21/12 | Ginger McCall | Research issues raised in Vaughn, formulated legal theories for MSJ/Opposition | 2 | 245.00 | 490.00 |
| 08/23/12 | Ginger McCall | Research (b)(7)(E) issues raised in Vaughn | 0.9 | 245.00 | 220.50 |

Total

# Case Billing Record

## Electronic Privacy Information Center

1718 Connecticut Ave., NW
Suite 200
Washington, DC 20009

**Case**
**11-02261 - EPIC v. Dept. of Homeland Sec.**

**Date**
**04/10/13**

| Date | Attorney Name | Description | Hour(s) | Rate | Amount |
|---|---|---|---|---|---|
| 08/23/12 | Ginger McCall | Draft motion for summary judgment / opposition | 1.1 | 245.00 | 269.50 |
| 08/24/12 | Ginger McCall | Draft motion for summary judgment / opposition | 0.8 | 245.00 | 196.00 |
| 08/27/12 | Marc Rotenberg | Discussion with co-counsel re: Motion | 0.25 | 505.00 | 126.25 |
| 08/27/12 | Marc Rotenberg | Review Case File, Draft Motion | 0.3 | 505.00 | 151.50 |
| 08/27/12 | Marc Rotenberg | Communications with Opposition Counsel, call and email | 0.25 | 505.00 | 126.25 |
| 08/27/12 | Marc Rotenberg | Discussion with Co-Counsel | 0.1 | 505.00 | 50.50 |
| 08/27/12 | Ginger McCall | Phone call with M. Rotenberg and A. Butler re: scheduling changes as a result of hospitalization | 0.3 | 245.00 | 73.50 |
| 08/27/12 | Ginger McCall | Phone call with M. Rotenberg and A. Butler re: scheduling changes as a result of hospitalization | 0.1 | 245.00 | 24.50 |
| 08/27/12 | Marc Rotenberg | Teleconference with AB and GM on scheduling changes | 0.3 | 505.00 | 151.50 |
| 08/27/12 | Marc Rotenberg | Teleconference with AB and GM on scheduling changes | 0.1 | 505.00 | 50.50 |
| 08/27/12 | Alan Butler | Teleconference with GM and MR on scheduling changes | 0.3 | 245.00 | 73.50 |
| | | | | **Total** | |

# Case Billing Record

## Electronic Privacy Information Center

1718 Connecticut Ave., NW
Suite 200
Washington, DC 20009

| Case |
|---|
| 11-02261 - EPIC v. Dept. of Homeland Sec. |

| Date |
|---|
| 04/10/13 |

| Date | Attorney Name | Description | Hour(s) | Rate | Amount |
|---|---|---|---|---|---|
| 08/27/12 | Alan Butler | Teleconference with GM and MR on scheduling changes | 0.1 | 245.00 | 24.50 |
| 08/31/12 | Marc Rotenberg | Review order granting motion to modify briefing schedule | 0.2 | 505.00 | 101.00 |
| 09/17/12 | David Brody | Conference with G. McCall, J. Scott, M. Rotenberg, and J. Horwitz | 1 | 245.00 | 245.00 |
| 09/17/12 | Jeramie Scott | Conference | 1 | 245.00 | 245.00 |
| 09/17/12 | Jeramie Scott | Review DHS' Summary Judgment Motion and Declarations | 0.5 | 245.00 | 122.50 |
| 09/17/12 | Julia Horwitz | Conference with GM, DB, JS, and MR | 1 | 245.00 | 245.00 |
| 09/17/12 | Julia Horwitz | Research | 1 | 245.00 | 245.00 |
| 09/17/12 | Ginger McCall | Review agency Vaughn and declarations | 1.5 | 245.00 | 367.50 |
| 09/17/12 | Ginger McCall | Conference with D. Brody, J. Horwitz, J. Scott, and M. Rotenberg re: Cross MSJ | 1 | 245.00 | 245.00 |
| 09/17/12 | Marc Rotenberg | Conference with DB, JS, GM, JH on MSJ | 1 | 505.00 | 505.00 |
| 09/18/12 | David Brody | Research Case Materials and Vaughn Index; Draft language for Summary Judgment Motion | 5 | 245.00 | 1,225.00 |
|  |  |  |  | **Total** |  |

# Case Billing Record

## Electronic Privacy Information Center

1718 Connecticut Ave., NW
Suite 200
Washington, DC 20009

| Case |
|---|
| 11-02261 - EPIC v. Dept. of Homeland Sec. |

| Date |
|---|
| 04/10/13 |

| Date | Attorney Name | Description | Hour(s) | Rate | Amount |
|---|---|---|---|---|---|
| 09/18/12 | Jeramie Scott | Research Segregability for EPIC Summary Judgment Motion | 4 | 245.00 | 980.00 |
| 09/18/12 | Julia Horwitz | Conference with G. McCall | 0.5 | 245.00 | 122.50 |
| 09/18/12 | Julia Horwitz | Research | 2 | 245.00 | 490.00 |
| 09/18/12 | Ginger McCall | Review and edit D. Brody, J. Horwitz, and J. Scott's draft cross MSJ | 1.2 | 245.00 | 294.00 |
| 09/18/12 | Ginger McCall | Conference with JH | 0.5 | 245.00 | 122.50 |
| 09/19/12 | David Brody | Draft Language for Summary Judgment Motion | 3.3 | 245.00 | 808.50 |
| 09/19/12 | Jeramie Scott | Draft Segregability Analysis Section for EPIC Summary Judgment Motion | 3 | 245.00 | 735.00 |
| 09/19/12 | Jeramie Scott | Edit and Revise Draft of Segregability Analysis | 1.5 | 245.00 | 367.50 |
| 09/19/12 | Julia Horwitz | Research | 1 | 245.00 | 245.00 |
| 09/19/12 | Julia Horwitz | Draft | 1.5 | 245.00 | 367.50 |
| 09/19/12 | Ginger McCall | Review, revise draft cross motion for summary judgment | 1.2 | 245.00 | 294.00 |
| 09/20/12 | Marc Rotenberg | Review and Edit SJM, Facts Motion, Facts in Dispute Motion | 2.5 | 505.00 | 1,262.50 |
| 09/20/12 | Marc Rotenberg | Research | 0.5 | 505.00 | 252.50 |
| 09/20/12 | David Brody | Review Brief and Conference with G. McCall, J. Scott, and J. Horwitz | 1 | 245.00 | 245.00 |

Total

# Case Billing Record

## Electronic Privacy Information Center

1718 Connecticut Ave., NW
Suite 200
Washington, DC 20009

| Case |
|---|
| 11-02261 - EPIC v. Dept. of Homeland Sec. |

| Date |
|---|
| 04/10/13 |

| Date | Attorney Name | Description | Hour(s) | Rate | Amount |
|---|---|---|---|---|---|
| 09/20/12 | Jeramie Scott | Research Segregability Analysis Section of EPIC's Summary Judgment Motion | 0.5 | 245.00 | 122.50 |
| 09/20/12 | Jeramie Scott | Edit Summary Judgment Motion | 0.7 | 245.00 | 171.50 |
| 09/20/12 | Julia Horwitz | Research | 1 | 245.00 | 245.00 |
| 09/20/12 | Julia Horwitz | Conference with G. McCall | 0.2 | 245.00 | 49.00 |
| 09/20/12 | Julia Horwitz | Draft | 1 | 245.00 | 245.00 |
| 09/20/12 | Ginger McCall | Draft supporting documents for cross motion for summary judgment | 1.1 | 245.00 | 269.50 |
| 09/20/12 | Julia Horwitz | Conference with DB, GM, JS | 0.5 | 245.00 | 122.50 |
| 09/20/12 | Ginger McCall | Conference with DB, JH, JS | 0.5 | 245.00 | 122.50 |
| 09/20/12 | Ginger McCall | Conference with JH | 0.2 | 245.00 | 49.00 |
| 09/20/12 | Jeramie Scott | Conference with DB, JH, GM | 0.5 | 245.00 | 122.50 |
| 09/21/12 | Marc Rotenberg | Edit and Proof SJM, Faces Motion, Facts in Dispute Motion | 1.2 | 505.00 | 606.00 |
| 09/21/12 | Marc Rotenberg | Review Proposed Order | 0.2 | 505.00 | 101.00 |
| 09/21/12 | Marc Rotenberg | Final edit SJM | 0.3 | 505.00 | 151.50 |
| 09/21/12 | Jeramie Scott | Edit and Revise Draft of Summary Judgment Motion | 1.2 | 245.00 | 294.00 |
| 09/21/12 | Julia Horwitz | Research | 1 | 245.00 | 245.00 |
| 09/21/12 | Julia Horwitz | Edit | 1 | 245.00 | 245.00 |
| 09/21/12 | Julia Horwitz | Review | 0.5 | 245.00 | 122.50 |
| 09/21/12 | Julia Horwitz | Edit | 0.5 | 245.00 | 122.50 |

Total

# Case Billing Record

## Electronic Privacy Information Center

1718 Connecticut Ave., NW
Suite 200
Washington, DC 20009

| Case |
|---|
| 11-02261 - EPIC v. Dept. of Homeland Sec. |

| Date |
|---|
| 04/10/13 |

| Date | Attorney Name | Description | Hour(s) | Rate | Amount |
|---|---|---|---|---|---|
| 09/21/12 | Ginger McCall | Revise cross motion for summary judgment | 2.2 | 245.00 | 539.00 |
| 09/21/12 | Ginger McCall | Revise supporting documents for cross motion for summary judgment | 1.1 | 245.00 | 269.50 |
| 09/21/12 | Ginger McCall | Final revision of cross motion for summary judgment | 1 | 245.00 | 245.00 |
| 09/21/12 | Ginger McCall | File cross motion for summary judgment and supporting documents | 0.5 | 245.00 | 122.50 |
| 10/02/12 | Marc Rotenberg | Review motion for extension | 0.2 | 505.00 | 101.00 |
| 10/02/12 | Marc Rotenberg | Discussion of motion for extension with GPM | 0.2 | 505.00 | 101.00 |
| 10/02/12 | Ginger McCall | Conference with MR on motion for extension | 0.2 | 245.00 | 49.00 |
| 10/26/12 | Marc Rotenberg | Review of opposing counsel communications | 0.5 | 505.00 | 252.50 |
| 10/29/12 | Marc Rotenberg | Review of motion in opposition | 0.5 | 505.00 | 252.50 |
| 11/05/12 | Ginger McCall | Review DHS' Reply and Research | 1.2 | 245.00 | 294.00 |
| 11/06/12 | Ginger McCall | Research legal basis for reply and opposition | 2.5 | 245.00 | 612.50 |
| 11/06/12 | Ginger McCall | Draft opposition and reply | 1.7 | 245.00 | 416.50 |
| 11/07/12 | Ginger McCall | Draft opposition and reply | 2 | 245.00 | 490.00 |

Total

# Case Billing Record

## Electronic Privacy Information Center

1718 Connecticut Ave., NW
Suite 200
Washington, DC 20009

**Case**
**11-02261 - EPIC v. Dept. of Homeland Sec.**

**Date**
04/10/13

| Date | Attorney Name | Description | Hour(s) | Rate | Amount |
|---|---|---|---|---|---|
| 11/07/12 | Ginger McCall | E-mail with MR regarding opposition and reply | 0.1 | 245.00 | 24.50 |
| 11/09/12 | Ginger McCall | Draft and Research reply per MR instructions | 2.5 | 245.00 | 612.50 |
| 11/09/12 | Ginger McCall | Draft reply | 0.6 | 245.00 | 147.00 |
| 11/09/12 | Ginger McCall | File Reply | 0.1 | 245.00 | 24.50 |
| 11/09/12 | Marc Rotenberg | Research reply | 1.2 | 505.00 | 606.00 |
| 11/09/12 | Marc Rotenberg | Review reply | 0.2 | 505.00 | 101.00 |
| 03/04/13 | Ginger McCall | Review Court opinion | 0.5 | 245.00 | 122.50 |
| 03/25/13 | Amie Stepanovich | Reviewing Fee Calculations | 0.6 | 245.00 | 147.00 |
| 03/26/13 | Marc Rotenberg | Reviewing Fee Calculations | 0.2 | 505.00 | 101.00 |
| 03/26/13 | Ginger McCall | Reviewing fee calculations | 0.6 | 245.00 | 147.00 |
| 03/26/13 | Amie Stepanovich | Reviewing Fee Calculations | 0.4 | 245.00 | 98.00 |
| 03/26/13 | Ginger McCall | Email with opposing counsel on fees | 0.1 | 245.00 | 24.50 |
| 04/01/13 | Ginger McCall | Email with opposing counsel on fees | 0.1 | 245.00 | 24.50 |
| 04/01/13 | Ginger McCall | Email with MR on opposing counsel's lack of response | 0.1 | 245.00 | 24.50 |
| 04/01/13 | Ginger McCall | Conference with MR to discuss fees | 0.2 | 245.00 | 49.00 |
| 04/01/13 | Ginger McCall | Conference with MR, AB, and JS on fees | 0.1 | 245.00 | 24.50 |
| 04/02/13 | Ginger McCall | Email with opposing counsel on fees | 0.1 | 245.00 | 24.50 |

**Total**

# Case Billing Record

## Electronic Privacy Information Center

1718 Connecticut Ave., NW
Suite 200
Washington, DC 20009

**Case**
**11-02261 - EPIC v. Dept. of Homeland Sec.**

**Date**
**04/10/13**

| Date | Attorney Name | Description | Hour(s) | Rate | Amount |
|---|---|---|---|---|---|
| 04/02/13 | Ginger McCall | Conference with MR to discuss fees and court deadline | 0.1 | 245.00 | 24.50 |
| 04/05/13 | Marc Rotenberg | Communication with GPM on fees and settlement | 0.2 | 505.00 | 101.00 |
| 04/05/13 | Marc Rotenberg | Communication with opposing counsel on fees | 0.3 | 505.00 | 151.50 |
| 04/05/13 | Marc Rotenberg | Communication with GPM on fees and motion | 0.2 | 505.00 | 101.00 |
| 04/05/13 | Marc Rotenberg | Communication with GPM on email to opposing counsel | 0.1 | 505.00 | 50.50 |
| 04/05/13 | Ginger McCall | Conference with MR to discuss fees / Preparation for cal with opposing counsel | 0.2 | 245.00 | 49.00 |
| 04/05/13 | Ginger McCall | Teleconference with opposing counsel on fees | 0.3 | 245.00 | 73.50 |
| 04/05/13 | Ginger McCall | Conference with MR to discuss court deadlines and fees motion | 0.2 | 245.00 | 49.00 |
| 04/05/13 | Ginger McCall | Email with opposing counsel on fees | 0.1 | 245.00 | 24.50 |
| 04/09/13 | Marc Rotenberg | Review draft fees motion | 0.2 | 505.00 | 101.00 |
| 04/09/13 | Marc Rotenberg | Preparation for call with opposing counsel on fees | 0.2 | 505.00 | 101.00 |
| 04/09/13 | Marc Rotenberg | Call with opposing counsel on fees | 0.2 | 505.00 | 101.00 |

**Total**

# Case Billing Record

## Electronic Privacy Information Center

1718 Connecticut Ave., NW
Suite 200
Washington, DC 20009

| Case |
|---|
| 11-02261 - EPIC v. Dept. of Homeland Sec. |

| Date |
|---|
| 04/10/13 |

| Date | Attorney Name | Description | Hour(s) | Rate | Amount |
|---|---|---|---|---|---|
| 04/09/13 | Marc Rotenberg | Discussion with GPM on fees motion | 0.1 | 505.00 | 50.50 |
| 04/09/13 | Ginger McCall | Drafting motion for fees | 1.6 | 245.00 | 392.00 |
| 04/09/13 | Ginger McCall | Conference with MR on fees motion | 0.1 | 245.00 | 24.50 |
| 04/09/13 | Ginger McCall | Teleconference with opposing counsel and MR on fees | 0.2 | 245.00 | 49.00 |
| 04/09/13 | Ginger McCall | Conference with MR on next steps for fees | 0.1 | 245.00 | 24.50 |
| 04/10/13 | Ginger McCall | Email with opposing counsel on fees settlement | 0.1 | 245.00 | 24.50 |
| 04/10/13 | Ginger McCall | Conference with MR on fees and settlement | 0.1 | 245.00 | 24.50 |
| 04/10/13 | Ginger McCall | Email to opposing counsel on fees settlement proposal counteroffer | 0.1 | 245.00 | 24.50 |
| 04/10/13 | Ginger McCall | Draft affidavit | 0.1 | 245.00 | 24.50 |
| 04/10/13 | Ginger McCall | Review billing, time sheets, and motion for filing | 1.2 | 245.00 | 294.00 |
| 04/10/13 | Julia Horwitz | Draft Affidavit | 0.1 | 245.00 | 24.50 |
| 04/10/13 | Julia Horwitz | Draft billing for fees and costs and calculate costs | 1.2 | 245.00 | 294.00 |
| 04/10/13 | Alan Butler | Draft Affidavit | 0.1 | 245.00 | 24.50 |
| 04/10/13 | Amie Stepanovich | Draft affidavit | 0.1 | 245.00 | 24.50 |
| 04/10/13 | David Jacobs | Draft Affidavit | 0.1 | 245.00 | 24.50 |

Total

# Case Billing Record

**Electronic Privacy Information Center**

1718 Connecticut Ave., NW
Suite 200
Washington, DC 20009

| Case |
|---|
| 11-02261 - EPIC v. Dept. of Homeland Sec. |

| Date |
|---|
| 04/10/13 |

| Date | Attorney Name | Description | Hour(s) | Rate | Amount |
|---|---|---|---|---|---|
| 04/10/13 | Jeramie Scott | Draft affidavit | 0.1 | 245.00 | 24.50 |
| 04/10/13 | Marc Rotenberg | Review final billing for fees and costs, time sheets, and motion | 0.2 | 505.00 | 101.00 |

Total     $30,240.75