04/10/13

Electronic Privacy Information Center
Time by Name
June 2011 through May 2012

|  | Jun '11 – May '... |
|---|---|
| **Barnes, Khaliah** | |
| 10-01533, 11-5233 – EPIC v. Natl Sec... | 5.50 |
| 12-00327 – EPIC v. Dept. of Education | 20.00 |
| 12-xxxxx – EPIC v. Dept. of Homelan... | 11.00 |
| **Total Barnes, Khaliah** | **36.50** |
| **Butler, Alan** | |
| 10-01533, 11-5233 – EPIC v. Natl Sec... | 32.00 |
| 10-1157 – EPIC v. Dept. of Homeland ... | 9.10 |
| 12-00667 – EPIC v. FBI | 9.40 |
| **Total Butler, Alan** | **50.50** |
| **Jacobs, David** | |
| 10-01533, 11-5233 – EPIC v. Natl Sec... | 3.50 |
| 10-01992 – EPIC v. Dept. of Homelan... | 31.40 |
| 12-00127 – EPIC v. Dept. of Justice, FBI | 12.65 |
| 12-00206, 12-5054 – EPIC v. FTC | 23.60 |
| **Total Jacobs, David** | **71.15** |
| **McCall, Ginger** | |
| 10-01533, 11-5233 – EPIC v. Natl Sec... | 1.00 |
| 10-01992 – EPIC v. Dept. of Homelan... | 50.60 |
| 10-1157 – EPIC v. Dept. of Homeland ... | 4.30 |
| 11-00945 – EPIC v. Dept. of Homelan... | 44.00 |
| 11-02261 – EPIC v. Dept. of Homelan... | 17.50 |
| 12-00127 – EPIC v. Dept. of Justice, FBI | 6.90 |
| 12-00333 – EPIC v. Dept. of Homelan... | 3.30 |
| 12-00667 – EPIC v. FBI | 4.20 |
| **Total McCall, Ginger** | **131.80** |
| **Rotenberg, Marc** | |
| 10-01533, 11-5233 – EPIC v. Natl Sec... | 36.15 |
| 10-01992 – EPIC v. Dept. of Homelan... | 2.70 |
| 10-1157 – EPIC v. Dept. of Homeland ... | 0.75 |
| 11-00290 – EPIC v. Dept. of Homelan... | 3.30 |
| 11-02261 – EPIC v. Dept. of Homelan... | 0.40 |
| 12-00127 – EPIC v. Dept. of Justice, FBI | 5.30 |
| 12-00206, 12-5054 – EPIC v. FTC | 27.25 |
| 12-00333 – EPIC v. Dept. of Homelan... | 5.20 |
| 12-00667 – EPIC v. FBI | 3.30 |
| **Total Rotenberg, Marc** | **84.35** |

04/10/13

Electronic Privacy Information Center
Time by Name
June 2011 through May 2012

|  | Jun '11 – May '... |
|---|---:|
| Stepanovich, Amie | |
|   10-00196 – EPIC v. Natl Sec. Ag. | 71.10 |
|   10-01533, 11-5233 – EPIC v. Natl Sec... | 30.60 |
|   10-1157 – EPIC v. Dept. of Homeland ... | 4.60 |
|   11-00290 – EPIC v. Dept. of Homelan... | 64.60 |
|   12-00333 – EPIC v. Dept. of Homelan... | 12.40 |
|   12-xxxxx – EPIC v. Customs & Border ... | 1.20 |
| Total Stepanovich, Amie | 184.50 |
| Verdi, John | |
|   10-01533, 11-5233 – EPIC v. Natl Sec... | 1.70 |
|   10-1157 – EPIC v. Dept. of Homeland ... | 0.40 |
|   12-xxxxx – EPIC v. Dept. of Homelan... | 0.75 |
| Total Verdi, John | 2.85 |
| TOTAL | 561.65 |