Electronic Privacy Information Center
Time by Name
June 2012 through May 2013

04/10/13

|  | Jun '12 – May '... |
|---|---|
| **Barnes, Khaliah** | |
| 10-01992 – EPIC v. Dept. of Homelan... | 0.90 |
| 11-00290 – EPIC v. Dept. of Homelan... | 0.90 |
| 12-00327 – EPIC v. Dept. of Education | 138.43 |
| 12-00333 – EPIC v. Dept. of Homelan... | 2.75 |
| **Total Barnes, Khaliah** | **142.98** |
| **Brody, David** | |
| 10-01992/11-00290 Appeal (Spaceh... | 18.10 |
| 11-02261 – EPIC v. Dept. of Homelan... | 10.40 |
| 12-00333 – EPIC v. Dept. of Homelan... | 2.00 |
| 12-1307 – EPIC v. TSA | 22.40 |
| **Total Brody, David** | **52.90** |
| **Butler, Alan** | |
| 10-01992 – EPIC v. Dept. of Homelan... | 1.70 |
| 11-00290 – EPIC v. Dept. of Homelan... | 1.70 |
| 11-02261 – EPIC v. Dept. of Homelan... | 0.50 |
| 12-00333 – EPIC v. Dept. of Homelan... | 0.70 |
| 12-00667 – EPIC v. FBI | 42.30 |
| **Total Butler, Alan** | **46.90** |
| **Horwitz, Julia** | |
| 10-01992 – EPIC v. Dept. of Homelan... | 0.90 |
| 11-00290 – EPIC v. Dept. of Homelan... | 0.90 |
| 11-02261 – EPIC v. Dept. of Homelan... | 14.00 |
| 12-00327 – EPIC v. Dept. of Education | 0.70 |
| 12-00333 – EPIC v. Dept. of Homelan... | 49.40 |
| **Total Horwitz, Julia** | **65.90** |
| **Jacobs, David** | |
| 10-01992 – EPIC v. Dept. of Homelan... | 0.90 |
| 11-00290 – EPIC v. Dept. of Homelan... | 0.90 |
| 12-00127 – EPIC v. Dept. of Justice, FBI | 5.75 |
| 12-00327 – EPIC v. Dept. of Education | 32.90 |
| 12-00333 – EPIC v. Dept. of Homelan... | 43.50 |
| **Total Jacobs, David** | **83.95** |
| **McCall, Ginger** | |
| 10-01992 – EPIC v. Dept. of Homelan... | 4.30 |
| 10-01992/11-00290 Appeal (Spaceh... | 1.40 |
| 11-00290 – EPIC v. Dept. of Homelan... | 2.90 |

04/10/13

Electronic Privacy Information Center
Time by Name
June 2012 through May 2013

|  | Jun '12 – May '... |
|---|---:|
| 11-00945 – EPIC v. Dept. of Homelan... | 5.60 |
| 11-02261 – EPIC v. Dept. of Homelan... | 40.20 |
| 12-00127 – EPIC v. Dept. of Justice, FBI | 4.15 |
| 12-00333 – EPIC v. Dept. of Homelan... | 26.45 |
| 12-00667 – EPIC v. FBI | 5.10 |
| 12-01282 – EPIC v. ODNI | 10.20 |
| 12-02053 – EPIC v. CIA | 5.60 |
| **Total McCall, Ginger** | **105.90** |
| Rotenberg, Marc | |
| 06-00214 – EPIC et al v. Dept. of Justice | 0.70 |
| 10-01992 – EPIC v. Dept. of Homelan... | 5.10 |
| 11-00290 – EPIC v. Dept. of Homelan... | 5.00 |
| 11-00945 – EPIC v. Dept. of Homelan... | 0.75 |
| 11-02261 – EPIC v. Dept. of Homelan... | 12.75 |
| 12-00127 – EPIC v. Dept. of Justice, FBI | 5.65 |
| 12-00327 – EPIC v. Dept. of Education | 8.60 |
| 12-00333 – EPIC v. Dept. of Homelan... | 24.10 |
| 12-00667 – EPIC v. FBI | 3.00 |
| 12-01282 – EPIC v. ODNI | 1.60 |
| 12-02053 – EPIC v. CIA | 1.30 |
| 13-00442 – EPIC v. FBI | 3.00 |
| **Total Rotenberg, Marc** | **71.55** |
| Scott, Jeramie | |
| 10-01992 – EPIC v. Dept. of Homelan... | 0.90 |
| 11-00290 – EPIC v. Dept. of Homelan... | 0.90 |
| 11-02261 – EPIC v. Dept. of Homelan... | 13.00 |
| 12-00333 – EPIC v. Dept. of Homelan... | 2.00 |
| 12-1307 – EPIC v. TSA | 15.10 |
| **Total Scott, Jeramie** | **31.90** |
| Stepanovich, Amie | |
| 10-00196 – EPIC v. Natl Sec. Ag. | 11.00 |
| 10-01992 – EPIC v. Dept. of Homelan... | 2.10 |
| 11-00290 – EPIC v. Dept. of Homelan... | 2.90 |
| 11-02261 – EPIC v. Dept. of Homelan... | 1.10 |
| 12-00333 – EPIC v. Dept. of Homelan... | 65.40 |
| **Total Stepanovich, Amie** | **82.50** |
| Tan, Gerald | |
| 12-00327 – EPIC v. Dept. of Education | 0.50 |

04/10/13

Electronic Privacy Information Center
Time by Name
June 2012 through May 2013

|  | Jun '12 – May '... |
|---|---:|
| Total Tan, Gerald | 0.50 |
| TOTAL | 684.98 |