# Exhibit 5

```
Court Name: District of Columbia
Division: 1
Receipt Number: 4616044679
Cashier ID: lfizer
Transaction Date: 12/20/2011
Payer Name: ELECTRONIC PRIVACY INFO CENT
ER
------------------------------------
CIVIL FILING FEE
 For: ELECTRONIC PRIVACY INFO CENTER
 Amount:        $350.00
------------------------------------
CHECK
 Check/Money Order Num: 5783
 Amt Tendered: $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

11 2261


Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged.  A
$45 fee will be charged for a
returned check.
```