Matter:                                    EPIC Litigation Time Sheet                           Attorney:
EPIC v DHS Social Media Monitoring                                                           Marc Rotenberg

| Date | Time | Task |
|---|---|---|
| 5/6/13 | 1.1 | reviewing fee reply |

| Total hours: | 1.1 |
|---|---|
| Laffey Rate: | $505/hour |
| TOTAL FEES: | 555.5 |

Matter:  EPIC Litigation Time Sheet  Attorney:
EPIC v DHS Social Media Monitoring  Ginger McCall

|    | A            | B          | C                                                                      |
|----|--------------|------------|------------------------------------------------------------------------|
| 1  | **Date**     | **Time**   | **Task**                                                               |
| 2  | 5/2/13       | 3          | research on sufficient descriptions, billing for conferences, etc. for fees reply |
| 3  | 5/2/13       | 1          | drafting fees reply                                                    |
| 4  | 5/2/13       | 0.5        | conference with JH on drafting the motion                              |
| 5  | 5/3/13       | 0.5        | drafting fees reply section on sufficient descriptions                 |
| 6  | 5/5/13       | 0.7        | research on conferences, junior attorney billing                       |
| 7  | 5/5/13       | 1.5        | reviewing billing record and drafting fees reply                       |
| 8  | 5/6/13       | 2.1        | drafting fees reply, fees on fees section                              |
| 9  | 5/6/13       | 0.5        | revising motion                                                        |
| 10 | 5/6/13       | 0.5        | preparing exhibits                                                     |
| 11 | 5/6/13       | 0.2        | filing                                                                 |
| 12 |              |            |                                                                        |
| 13 |              |            |                                                                        |
| 14 | Total hours: | 10.5       |                                                                        |
| 15 | Laffey Rate: | $245/hour  |                                                                        |
| 16 |              |            |                                                                        |
| 17 | TOTAL FEES:  | 2572.5     |                                                                        |
| 18 |              |            |                                                                        |
| 19 |              |            |                                                                        |
| 20 |              |            |                                                                        |
| 21 |              |            |                                                                        |
| 22 |              |            |                                                                        |
| 23 |              |            |                                                                        |
| 24 |              |            |                                                                        |
| 25 |              |            |                                                                        |

Matter:  EPIC Litigation Time Sheet  Attorney:
EPIC v DHS Social Media Monitoring  Ginger McCall

Matter:                                          EPIC Litigation Time Sheet                                          Attorney:
EPIC v DHS Social Media Monitoring                                                                                   Julia Horwitz

| Date | Time | Task |
|---|---|---|
| 5/2/13 | 4 | research on eligibility and entitlement |
| 5/2/13 | 0.5 | conference with GPM on drafting the motion |
| 5/3/13 | 5 | drafting motion sections on eligibility and entitlement |
| 5/6/13 | 2 | researching eligibility and entitlement |
| 5/6/13 | 2 | editing motion |
| 5/6/13 | 0.5 | preparing exhibits |
| 5/6/13 | 0.2 | filing |

| | |
|---|---|
| Total hours: | 14.2 |
| Laffey Rate: | $245/hour |
| | |
| TOTAL FEES: | 3479 |