**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY ) <br> INFORMATION CENTER, ) <br> ) <br> Plaintiff, ) <br> Vs. ) <br> ) <br> ) <br> UNITED STATES DEPARTMENT ) <br> OF HOMELAND SECURITY ) <br> Defendant. ) <br> ) | **No. 1:11-CV-02261(JDB)** <br><br> DEFENDANT'S MOTION <br> LEAVE TO TRIKE PORTIONS OF <br> PLAINTIFF'S REPLY AND EXHIBI |

Pursuant to Federal Rule of Evidence 408 and the Court's inherent powers to control its docket, the United States Department of Homeland Security moves this Court to strike portions of EPIC's Reply brief in Support of its Motion for Attorneys' Fees and Costs and Plaintiff's Exhibit 2 (Dkt No.27). The reasons supporting the DHS's motion are set forth in the accompanying memorandum of law. A proposed order is also filed with this motion.

Dated: May 9, 2013          Respectfully submitted,

                            STUART F. DELERY
                            Acting Assistant Attorney General
                            Civil Division

                            JOHN R. TYLER
                            Assistant Branch Director
                            Federal Programs Branch

                            /s/ Jean-Michel Voltaire
                            JEAN-MICHEL VOLTAIRE (NY Bar)
                            Trial Attorney
                            U.S. Department of Justice
                            Civil Division, Federal Programs Branch
                            20 Massachusetts Avenue, NW
                            Washington, DC 20530
                            Tel.: 202-616-8211; Fax: 202-616-8460