# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) 1:11-cv-02261-JDB ) |
| DEPARTMENT OF HOMELAND SECURITY | ) ) |
| Defendant. | ) ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk of this court and all parties of record:

Please withdraw the appearance of Ginger P. McCall, Esquire, as counsel in this case for the Electronic Privacy Information Center.

                                              Respectfully submitted,

                                              By:_____ Ginger P. McCall /s/_____
                                              Ginger P. McCall (DC Bar # 1001104)
                                              Electronic Privacy Information Center
                                              1718 Connecticut Ave. NW
                                              Suite 200
                                              Washington, DC 20009
                                              (202) 483-1140 (telephone)
                                              (202) 483-1248 (fax)

Dated: August 2, 2013