UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER,**<br><br>Plaintiff,<br><br>v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY,**<br><br>Defendant. | Civil Action No. 11-2261 (JDB) |

## ORDER

Upon consideration of [25] EPIC's motion for attorney's fees, [28] DHS's motion to strike, the parties' memoranda, and the entire record herein, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that [25] EPIC's motion for attorney's fees is **GRANTED IN PART** and **DENIED IN PART**; it is further

**ORDERED** that DHS shall pay $29,841.67 in attorney's fees and $350.00 in costs; and it is further

**ORDERED** that [28] DHS's motion to strike is **DENIED**.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: November 15, 2013